IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case Nos.: 3:13cr95/LAC/EMT
 3:15cv57/LAC/EMT

ROBERT L. IGNASIAK, JR.
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated November 13, 2017 (ECF No. 56). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct sentence (ECF No. 29) is

**GRANTED** with respect to Ground Two of Ignasiak's motion, and that the remaining claims, Grounds One and Three, be **DISMISSED without prejudice**.

3. Ignasiak's criminal judgment is vacated and the same sentence re-imposed.

4. The Federal Public Defender is appointed for the purpose of appeal or, at minimum, to consult with Ignasiak with respect to his desire to appeal.

**DONE AND ORDERED** this 14th day of February, 2018.

       s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**